PER CURIAM. The evidence in this case tends strongly to show that, although the mortgage given by the bankrupt to the appellant was for a valid consideration and effective as between the parties thereto, the same by understanding, if not agreement, was withheld from record, so as not to affect the mortgagor's credit; and we therefore concur with the trial judge in his disposition of the case.

The decree appealed from is affirmed.

---

## BLAKE v. MOYER, Warden.

(Circuit Court of Appeals, Fifth Circuit.    October 29, 1913.)

### No. 2,543.

HABEAS CORPUS (§ 30*)—DEFECTS AND ERRORS—SENTENCE IN GROSS.

Where a defendant, convicted on two counts of an indictment charging separate offenses of the same kind, was given a sentence in gross for a term of imprisonment not exceeding the sum of the terms which might have been imposed under the counts separately, the sentence, although it may be irregular, is not a nullity, and the defendant cannot be discharged on habeas corpus.

[Ed. Note.—For other cases, see Habeas Corpus, Cent. Dig. § 25; Dec. Dig. § 30.*]

Appeal from the District Court of the United States for the Northern District of Georgia; Wm. T. Newman, Judge.

Proceeding by Edward F. Blake for writ of habeas corpus for his discharge from the custody of William H. Moyer, Warden of the United States Penitentiary at Atlanta, Ga. Writ denied, and petitioner appeals. Affirmed.

For opinion below, see 206 Fed. 559. See, also, 206 Fed. 555.

Lamar Hill, of Atlanta, Ga., for appellant.

F. C. Tate, U. S. Atty., and J. W. Henley, Asst. U. S. Atty., both of Atlanta, Ga., for appellee.

Before PARDEE and SHELBY, Circuit Judges, and FOSTER, District Judge.

PER CURIAM. We concur with Judge Newman in his opinion, found in the record of this case, 206 Fed. 555.

The decree appealed from is affirmed.

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes